

**LAW OFFICES**
## ARMSTRONG, DONOHUE, CEPPOS, VAUGHAN & RHOADES
CHARTERED
204 MONROE STREET, SUITE 101
ROCKVILLE, MARYLAND 20850

LARRY A. CEPPOS (Md., D.C.)
H. KENNETH ARMSTRONG (Md., D.C.)
BENJAMIN S. VAUGHAN (Md., D.C.)
J. ERIC RHOADES (Md., D.C.)
SUSAN B. BOYCE (Md., D.C.)
ANDREW J. MARTER (Md., D.C.)
EDWARD C. GONSALVES (Md., D.C., Va.)
ROBERT C. MAYNARD (Md., D.C.)
JEREMY R. KRUM (Md., D.C.)
ERICA C. MUDD (Md., D.C.)
M. KATHLEEN FALLON (Md., D.C.)
KAREN A. FERRETTI (Md., D.C.)
BENJAMIN A. LAUFER (Md., D.C.)
GERMAN A. RODRIGUEZ (Md., D.C.)
GRETCHEN A. SLATER (Md., D.C.)
ALEXANDRA H. ADKINS (Md.)

(301) 251-0440
FAX (301) 279-5929
WWW.ADCLAWFIRM.COM

H. PATRICK DONOHUE (Md.)
RETIRED

PAMELA B. KINCHELOE (Md., D.C.)
OF COUNSEL

EDWARD C. DONAHUE
(1923 – 1993)

July 5, 2017

The Honorable Paul W. Grimm
United States District Court
 For the District of Maryland
U.S. Courthouse
6500 Cherrywood Lane
Greenbelt, MD  20770

Re:  **Raymond Thibodeaux, et al. v. Kathleen Sterling, M.D., et al.**

Dear Judge Grimm:

In advance of your scheduled conference call at 2:30 on July 6, 2017, Ms. Bertram and I have had a series of discussions about a potential Discovery Scheduling Order. We have agreed upon the following Scheduling Order, which we submit to you for your consideration and, hopefully, adoption.

| | |
|---|---|
| Plaintiffs' experts to be identified by | 12/08/17 |
| Defendants' experts to be identified by | 2/15/18 |
| Plaintiffs' rebuttal experts to be identified by | 3/9/18 |
| Rule 26(e) supplemental | 4/13/18 |
| Discovery Deadline | 5/22/18 |
| Request for Admissions | 5/29/18 |

Both Ms. Bertram and I believe this is a very workable schedule. We are already in the process of exchanging what we believe to be the pertinent medical records. We do not anticipate any e-discovery issues. We do not anticipate any problems conducting ADR. Ms. Bertram and I

The Honorable Paul W. Grimm
July 5, 2017
Page 2

have had a number of cases together in the past and have other cases together currently and we have never had any trouble agreeing upon an ADR plan or selecting an appropriate Mediator.

Both of us are quite pleased to limit Interrogatories to 15 and Document Requests to 15, absent a request to the Court for additional discovery, which we believe to be unlikely.

Currently, we do not anticipate any significant additional discovery issues or problems. At first blush, in the grand scheme of things, this case appears to be a fairly straight forward medical malpractice case with the normal and routine issues encountered in such a case.

Ms. Bertram has reviewed this letter before I have forwarded it to you and she agrees to its content.

Both Ms. Bertram and I hope that you find this letter helpful for purposes of next weeks scheduled conference and we both look forward to working with you as this case proceeds through to trial.

If it would help, I would be happy to e-file this letter in Pacer so that you could enter an Order incorporating the proposed schedule as your Order, assuming I can figure out what drop box would apply in Pacer.

Very truly yours,

Kenneth Armstrong

KA:jmb

cc:   Catherine Bertram, Esquire