**Catherine Bertram**
**(202) 803-6494 direct**
bertram@bertramamell.com

November 16, 2017

**E-FILED VIA PACER**

The Honorable Paul W. Grimm
United States District Court for the District of Maryland
6500 Cherrywood Land
Greenbelt, Maryland 20770

      Re:  *Thibodeaux, et al. v. Sterling, et al*.
           Case No. PWG 17-1352

Dear Judge Grimm:

Pursuant to your Letter Order Regarding the Filing of Motions, dated May 18, 2017, I am writing this letter jointly with opposing counsel. We write seeking a stay of the proceedings until February 1, 2018.

This is a medical malpractice case involving allegations of failure to timely diagnose bladder and kidney cancer. Defendants deny all claims. The defendants, in the action before this Court, provided the alleged negligent treatment in Maryland. There is another doctor and his group who provided alleged negligent treatment to Plaintiff in the District of Columbia. A lawsuit has been filed by the Plaintiffs in the D.C. Superior Court that includes all of the District of Columbia healthcare providers and the Maryland providers who are defendants in the action before this Court as named Defendants.

Mr. Kenneth Armstrong, counsel for the Maryland defendants in this case and in the D.C. case, filed a Rule 12(b) Motion to Dismiss on behalf of his Maryland clients in the D.C. Superior Court action arguing lack of personal jurisdiction. Plaintiffs filed an opposition to that motion yesterday. There is a status conference scheduled in the DC case on Friday, December 22, 2017 before Judge Todd Edelman.

Counsel in this case would prefer to have the motion to dismiss decided in the combined D.C. case so as to avoid duplicative litigation, if possible. Thus, we are jointly asking that you to stay the Maryland action until February 1, 2018.

If Judge Edelman decides the issue earlier, we will promptly inform you, and either dismiss the Maryland action and proceed in the District of Columbia, or request that you lift the stay and reset the discovery deadlines if the D.C. Court grants the motion to dismiss the Maryland defendants.

Thank you, in advance, for your consideration of this joint request.

Sincerely,

Catherine Bertram

cc: H. Kenneth Armstrong, Esquire