Catherine Bertram
(202) 803-6494 Direct
cbertram@blg-dc.com

# B | Bertram Law Group

August 2, 2018

**E-FILED VIA PACER**

The Honorable Paul W. Grimm
United States District Court for the District of Maryland
6500 Cherrywood Land
Greenbelt, Maryland 20770

> Re:     ***Thibodeaux, et al.  v. Sterling, et al.***
> Case No. PWG 17-1352

Dear Judge Grimm:

With the consent of Kenneth Armstrong, my opposing counsel, I write to update you on the status of this matter and to request you lift your December 1, 2017, paperless Order (dkt #28) which stayed this matter until further notice.  I also ask, with the consent of opposing counsel, for leave to file an Amended Complaint to add Defendant Edward Dunne, M.D.

I will briefly recap the procedural posture of this case. This is a medical malpractice case involving allegations of failure to timely diagnose bladder and kidney cancer. Defendants deny all claims. This case was initially filed in this Court against Urological Consultants, P.A., Kathleen Sterling, M.D. and Nizamuddin Maruf, M.D., all of whom are Maryland health care providers, represented by Ken Armstrong. A lawsuit was also filed by the Plaintiffs in the D.C. Superior Court against Edward Dunne, M.D., his professional group and the same three Maryland providers who are Defendants in this action. Dr. Dunne is represented by Andrew Vernick.

Kenneth Armstrong, counsel for the Maryland Defendants in this case and in the D.C. case, filed a Rule 12(b) Motion to Dismiss on behalf of his Maryland clients in the D.C. Superior Court action, arguing lack of personal jurisdiction. Plaintiffs filed an opposition and the Court granted the parties additional time to conduct limited discovery on the personal jurisdiction issue. After 4 months of discovery, Mr. Armstrong renewed his Motion to Dismiss based on lack of personal jurisdiction. Plaintiffs opposed it and

Defendants filed a Reply. The D.C. Superior Court Judge granted the motion dismissing the Maryland defendants from the D.C. Superior Court action.

Plaintiffs then filed a Statement of Claim against Dr. Edward Dunne (a resident of Chevy Chase, Maryland), with the Maryland Health Care Alternative Dispute Resolution Office. Plaintiffs then filed their required Expert Report and Certificate of Merit, which were served on Dr. Dunne. Plaintiffs then filed a Waiver of Health Claims Arbitration. On June 18, 2018, Harry Chase, Director of Maryland Health Care Alternative Dispute Resolution Office, signed an Order transferring the claims against Dr. Edward Dunne to "the United States District Court, or to the Circuit Court of the appropriate venue" (attached as Exhibit 1).

Andrew Vernick, Counsel for Edward Dunne, M.D. is aware of this request and is copied on this letter as well. Mr. Armstrong and I ask this Court to lift the stay of December 1, 2018 and grant Plaintiffs leave to file an Amended Complaint, adding the claims against Dr. Dunne so that the parties can proceed in one forum.

Finally, counsel for both parties ask this Court to reset the discovery deadlines once Defendant Dunne and the other Defendants file responsive pleadings to the Amended Complaint.

Thank you, in advance, for your consideration.

Sincerely,

Catherine Bertram

cc:　Kenneth Armstrong, Esquire
　　　Counsel for Defendants Urological Consultants, P.A., Drs. Sterling & Maruf

　　　Andrew Vernick, Esquire
　　　 Counsel for proposed additional Defendant, Edward Dunne, M.D.