Ralph E. Duncan
3 S. Pleasant Ave
Jacobus, PA 17407
717-741-4785


Catherine D. Bertram, Esquire
Bertram Law Group
1100 Vermont Avenue, N.W., Ste 500
Washington, DC 20005

                Re: Raymond Thibodeaux

Dear Ms. Bertram:

1. Introduction

I am a board-certified urologist with an active clinical practice. I regularly see patients such as Mr. Thibodeaux who present with a recent history of gross hematuria and need an evaluation. I also regularly refer patients and receive patients from other physicians who need such a work up. As such, I am familiar with the applicable standard of care in the same or similar circumstances.

I have reviewed the records of Raymond Thibodeaux (dob 2/5/65). These records include records from Sibley Memorial Hospital, Dr. Dunne, Dr. Sterling and Maruf, Johns Hopkins Medicine and other subsequent records as listed in plaintiff's designation. I have also reviewed the depositions of: Raymond Thibodeaux, Edward Dunne, Kathleen Sterling, M.D., Nizamuddin Maruf and legal documents.

My opinions are based upon my education, experience and my knowledge of the applicable standard of care.  I hold these conclusions to a reasonable medical certainty. These opinions are based upon the information and records available to me at the present time. If additional information or records become available later, these opinions may be amended. I certify that I have never been disqualified as an expert by any court.

2. Brief Case History

Raymond Thibodeaux, age 49, presented to the Sibley Hospital ED for gross hematuria. He had no prior history of prostate or urinary problems.  The patient was actually seen twice in the Sibley ED emergently for hematuria, prostatitis and urinary retention requiring urethral catheterization.   He was then seen by Dr. Dunne for hematuria, prostatitis and voiding problems 6/25/14. He was treated with Cipro, Flomax and Pyridium. A complete hematuria evaluation was not performed by Dr.

Dunne. The patient's care was then transferred for insurance reasons to Dr. Sterling who was part of another practice. Dr. Sterling saw the patient 9/16/14. Hematuria was not documented in Dr. Sterling's record. Cystoscopy and possible TUIP were discussed but never carried out. The patient's prior records were not reviewed according to Dr. Sterling in deposition, however, the contemporaneous EMR records by Dr. Sterling indicate the prior records were reviewed. Evaluation of the upper urinary tract was not suggested and not ordered. Complete hematuria evaluation was not performed by Dr. Sterling. Dr. Maruf reviewed Dr. Sterling's management of this patient and found it to be satisfactory in December of 2014. The patient returned a year later and a Cystoscopy 8was performed by Dr. Sterling which revealed bladder cancer, which proved to be high grade, infiltrating urothelial carcinoma with carcinoma in situ per the record of 9/24/15. CT examination revealed a large renal cell carcinoma with metastasis.

3. Standard of Care

The standard of care for this patient at the time of his management for acute gross hematuria required urinalysis, urine for culture, urine for cytology, cystoscopy and evaluation of the upper urinary tract in a timely fashion to satisfy a complete evaluation. These procedures were not offered, ordered or performed by Doctors Dunne, Sterling or Maruf, which led to a delayed diagnosis of renal cell carcinoma with metastasis. All 3 physicians breached the standard of care in their treatment of Mr. Thibodeaux. It was also a breach of the standard of care by Dr. Dunne to assure Mr. Thibodeaux that he did not have cancer when a full hematuria evaluation had not been conducted. Drs. Dunne and Sterling also breached the standard of care by failing to inform Mr. Thibodeaux of the accepted tests and procedures to investigate for cancer in light of his gross hematuria and not to inform him that the standard of care required that the investigation be performed promptly in light of his gross hematuria. Dr. Maruf reviewed the incomplete work up performed by Dr. Sterling in December of 2014 and signed off on her care. Dr. Maruf had the last opportunity to inform Mr. Thibodeaux that he needed a full evaluation for the gross hematuria. Dr. Maruf breached the standard of care by failing to do so.

4. Causation

Because a complete urological evaluation for hematuria was not performed in a timely fashion by Drs. Dunne, Sterling or Maruf, the diagnosis of renal cell carcinoma was missed and delayed for year leading to metastatic disease, which is not curable. In other words, the negligence of the defendants was the proximate cause of Mr. Thibodeaux loss of chance to live. He now has terminal cancer which will, more likely than not result in his death in the next 5 years. Had any of the defendants treated Mr. Thibodeaux in accordance with the recognized standard of care, his renal cancer would have been discovered and the kidney could have been surgically removed and more likely than not he would have had a better than 50% chance of survival and would have been able to return to work and to his role as a father and a husband.

I will likely use the medical records as well as demonstrative exhibits such as time lines, anatomical drawings and other tools to help the jury understand the medicine in this case and my conclusions.

I understand discovery is still ongoing and Mr. Thibodeaux continues to receive treatment. If I receive additional information that changes my conclusions I will issue a supplemental report. I also understand I have an opportunity to refute the conclusions reached by other experts after their reports are shared.

*Ralph E. Duncan, M.D.*
Ralph E. Duncan, M.D.



**FIGURE 43.1.** Observed survival rates for 37,166 patients with kidney cancer classified by the current AJCC staging classification. Data taken from the National Cancer Data Base (Commission on Cancer of the American College of Surgeons and the American Cancer Society) for the years 2001–2002. Stage I includes 18,912 patients; Stage II, 4,443; Stage III, 5,952; and Stage IV, 7,859.



Years from diagnosis

**FIGURE 43.1.** Observed survival rates for 37,166 patients with kidney cancer classified by the current AJCC staging classification. Data taken from the National Cancer Data Base (Commission on Cancer of the American College of Surgeons and the American Cancer Society) for the years 2001–2002. Stage I includes 18,912 patients; Stage II, 4,443; Stage III, 5,952; and Stage IV, 7,859.

staged as T3a rather than T3b. Finally, nodal involvement is now consolidated as N1 since most studies suggest a relatively poor prognosis with any extent of nodal involvement.

Recent data also demonstrate that multiple adverse features can act in a collaborative manner to further worsen the prognosis and emerging algorithms are incorporating all of these parameters. These adverse features include perirenal fat invasion, tumor size as a continuous variable, size of the largest involved lymph node, and extranodal extension. In addition, there are a number of potential molecular prognostic factors including genetic variables, proliferative markers, angiogenic parameters, growth factors and receptor, and adhesion molecules. Most have not been formally validated and are best still considered experimental. Ideally future staging protocols would capture this information to facilitate individualized counseling and foster further progress in this field. Specific factors to be examined include degree of invasion, the presence/level of venous involvement, the presence and type of adrenal gland involvement, the type of grading system employed and grade determined, the presence/absence of sarcomatoid features, the presence/absence of lymphovascular invasion, and the presence/absence of necrosis.

## ANATOMY

**Primary Site.** Encased by a fibrous capsule and surrounded by perirenal fat, the kidney consists of the cortex (glomeruli, convoluted tubules) and the medulla (Henle's loops, collecting ducts, and pyramids of converging tubules). Each papilla opens in the minor calices; these in turn unite in the major calices and drain into the renal pelvis. At the hilus are the pelvis, ureter, and renal artery and vein. Gerota's fascia overlies the psoas and quadratus lumborum muscles. The anatomic sites and subsites of the kidney are illustrated in Figure 43.2.

**Regional Lymph Nodes.** The regional lymph nodes, illustrated in Figure 43.3, are as follows:

Renal hilar
Caval (paracaval, precaval, and retrocaval)
Interaortocaval
Aortic (paraaortic, preaortic, and retroaortic)

The primary landing zone for right sided tumors is the interaortocaval zone and for left sided tumors the aortic region. The more extended landing zones for RCC are analogous to those for right and left testicular tumors, respectively, although patterns of spread are somewhat more unpredictable. Lymph nodes outside of these templates should be considered distal (metastatic) rather than regional.

**Metastatic Sites.** Common metastatic sites include the bone, liver, lung, brain, and distant lymph nodes.

**TABLE 43.1.** The National Cancer Data Base findings regarding impact of size on T2 category on all-cause mortality and observed survival

| Size (cm) | Dx | 1 Year | 2 Years | 3 Years | 4 Years | 5 Years |
|---|---|---|---|---|---|---|
| ≤4.0 | 100 | 93.7 | 88.8 | 84.5 | 79.8 | 75.4 |
| 95% CI | | | | | | 74.6–76.1 |
| 4.1–7.0 | 100 | 90.6 | 83.6 | 77.6 | 72.5 | 67.9 |
| 95% CI | | | | | | 67.0–68.7 |
| 7.1–10.0 | 100 | 84.9 | 75.0 | 68.1 | 62.5 | 57.0 |
| 95% CI | | | | | | 55.9–58.1 |
| >10.0 | 100 | 78.7 | 66.3 | 58.8 | 52.5 | 47.5 |
| 95% CI | | | | | | 46.1–48.9 |

Data from the National Cancer Data Base (http://www.facs.org/cancer/ncdb/index.html).



**FIGURE 43.2.** Anatomic sites and subsites of the kidney.

**UROLOGY ASSOCIATES OF YORK, P.C.**

**RALPH E. DUNCAN, M.D.**  Telephone: (717) 741-4785
*Board Certified in Urology*

## CURRICULUM VITAE

### Ralph Emerson Duncan, M.D.

APPOINTMENTS:

    Resident in Urology, University of Cincinnati Medical Center, Cincinnati, Ohio
        1 July 1974-30 June 1977

    Instructor in Physical Diagnosis, Urologic Physician's Assistant Program,
        University of Cincinnati Medical School, Cincinnati, Ohio 1975

    Clinical Fellow, American Cancer Society, Ohio Division 1
        4 July 1976-30 June 1977

    Staff Urologist, Department of Urology, Naval Regional Medical Center
        Camp Lejeune, North Carolina
        4 July 1977-31 July 1978

    Chief of Urology, Department of Urology, Naval Regional Medical Center
        Camp Lejeune, North Carolina
        1 August 1978-4 July 1979

    Staff Urologist, York Hospital, York, Pennsylvania
        1 July 1979 –Present

    Staff Urologist, Rehab Hospital of York, York Pennsylvania
        1 July 1984-2016

    Uroradiologist, Rehab Hospital of York, York Pennsylvania
        14 January 1985-2016

    Staff Urologist, Memorial Osteopathic Hospital, York, Pennsylvania
        12 November 1990-2016

    Chief of Urology-Department of Surgery, York Hospital, York Pennsylvania
        1 July 1991 -30 June 1996

**UROLOGY ASSOCIATES OF YORK, P.C.**

**RALPH E. DUNCAN, M.D.**
*Board Certified in Urology*

Telephone: (717) 741-4785

## CURRICULUM VITAE

### RALPH EMERSON DUNCAN, M.D.

**PUBLICATIONS:**

Fallopian Tube as Ureteral Substitute in a Living Donal Renal Allograft
British Journal of Urology 47-300, 1975.

Squamous Cell Carcinoma of the Ureterovesical Junction After Renal Transplantation,
Journal of Urology 114:628, 1975.

Diagnosis of the Primary Retroperitoneal Tumors
Journal of Urology 118:43, 1977.

Radiation-Induced Bladder Tumors (A Case Report).
Unpublished.

Primary Repair of Completely Transected Female Urethra by Advancement.
Journal of Urology 118:118, 1977.

The Natural History and Treatment of Renal Vein Thrombosis in Children
Journal of Pediatric Surgery 12: 639, 1977.

Slush Technique in Renal Surgery AORN Journal 25:227, 1977.

Radiation Reactions in the Bladder: Benign and Malignant Complications
Journal of the Cincinnati Academy of Medicine 58: 169, 1977.

Radiation Reactions in the Bladder: Benign and Malignant Complications.
Journal of the Cincinnati Academy of Medicine 58: 169, 1977.

Radiation Cystitis: Benign or Malignant Complications?
U.S. Navy Medicine 69: 8, 1978.