February 14, 2019

Catherine D. Bertram, Esquire
Bertram Law Group, PLLC
1100 Vermont Avenue, NW
Washington, DC 20005

Re: Raymond Thibodeaux

I have had the opportunity to review the following documents in formulating my opinions in the above referenced matter:

- Medical records and imaging as cited in the legal pleading
- Bills and billing summary
- Report of Susan Grisham, Life Care Planner
- Report of Dr. Joel Bower, Board-Certified Radiologist

For purposes of my opinion, I am assuming following facts and dates from the medical records:

1. Mr. Thibodeaux presented with gross hematuria to the Sibley ER on June 20, 2014.
2. Mr. Thibodeaux was seen by Defendant Dr. Edward Dunne June 2014 through September 9, 2014
3. Mr. Thibodeaux was seen by Defendant Dr. Kathleen Sterling in September 2014.
4. No abdominal imaging was ordered by any of the Defendants in 2014.
5. No cystoscopy was performed by the Defendants, or anyone else, until August 2015.

Causation Opinion

In October 2015, Raymond Thibodeaux was diagnosed with a 0.5 cm high grade T1 Papillary urothelial carcinoma, a 10.5 cm unifocal tumor Stage IV T3aM1 renal cell carcinoma and metastatic pulmonary lesions as well as metastatic lesions in his spine that are also described as malignant spinal cord compression.

Mr. Thibodeaux had Stage IV renal cell carcinoma with a 5 year survival of 8%. (AJCC- 7th Edition, see attached) Thus, to a reasonable degree of medical certainty, the deviations from the standard of care by the defendants will cause the premature death of Mr. Thibodeau. He will also not likely be able to continue full time employment, other than a situation such as the benevolent arrangements he has now for much longer.

The bladder lesion that was also finally identified in August of 2015 was also more likely than not present and of sufficient size that it would have been diagnosed in 2014 shortly after Mr. Thibodeaux experienced the acute gross hematuria. If it had bene identified it would have been surgically excised as definitive treatment. I also agree with Dr. Joel Bowers who concludes that a lesion in the bladder as small as 0.5 cm iwould have been large enough to be picked up and diagnosed with a CT with contrast, as was readily available in Washington DC in the summer of 2014.

Had the renal cell carcinoma been diagnosed from late June to October 2014, the renal tumor was, more likely than not, still a stage I with a 5 year survival rate of 80 %. Even, if the lesion was a stage II when diagnosed in June through October 2014 which I believe is less likely given the nature of this disease, that still provided Mr. Thibodeaux with at 73.7% 5-year survival rate. (AJCC – 7th edition). It is also my expert conclusion based on all available medical evidence and my education and experience, had this lesion been identified and treated in a timely fashion in 2014, Mr. Thibodeaux would more likely than not survive and been able to return to work and to his roles as a father and a parent of his young children.

The treatment of Stage I renal cell cancer is surgery. He would not have needed radiation and would not have had metastatic disease in his lungs and spine.

I have reviewed the oncology treatment records and related surgical records for Mr. Thibodeaux, as well as the related bills and the summary of the bills for his treatment. I will explain the treatment that Mr. Thibodeaux has endured and what he likely faces. I agree that the care rendered to treat Mr. Thibodeaux's renal cell cancer and the sequelae, was all necessary, reasonable and all related to the failure to diagnose the renal cancer in 2014.

I have also spoke with Susan Riddick-Grisham and reviewed her report. I agree with her projections of treatment Mr. Thibodeaux will likely need, if he continues to survive, for the next few years, and I agree the costs projected in her report for that care are reasonable and necessary as a result of the one year delay in diagnosis and treatment of the renal carcinoma. I also understand the circumstances surrounding Mr. Thibodeaux's current benevolent arrangement to continue to work for his employer from home and to given extensive accommodations for treatment and for his illness.

Finally, I will explain to the jury the stages of renal cancer and how it progresses, in general, and how it progressed in Mr. Thibodeaux when it was left untreated for a year. I will explain that the cancer seen in his lungs and his spine is most likely metastasis from the primary tumor in his kidney. I will also explain how the cancer is likely to continue to spread and what symptoms and complications Mr. Thibodeaux is likely to experience including the pain he is likely to endure and also how and why he is likely to die of the disease fairly soon. I will also talk about the bladder cancer and explain how that cancer progresses and that the bladder cancer was not the cancer that likely led to the metastatic cancer Mr. Thibodeaux had in his lung and spine and why. I will use radiology reports, imaging and pathology reports and his other medical records to explain my opinions.

All medical opinions are given to a reasonable degree of medical certainty. I reserve the right to amend this report as new information becomes available and /or to rebut the opinions offered by other experts once they are disclosed.

Sincerely,



Andrew Schneider, MD



**FIGURE 43.1.** Observed survival rates for 37,166 patients with kidney cancer classified by the current AJCC staging classification. Data taken from the National Cancer Data Base (Commission on Cancer of the American College of Surgeons and the American Cancer Society) for the years 2001–2002. Stage I includes 18,912 patients; Stage II, 4,443; Stage III, 5,952; and Stage IV, 7,859.



Years from diagnosis

**FIGURE 43.1.** Observed survival rates for 37,166 patients with kidney cancer classified by the current AJCC staging classification. Data taken from the National Cancer Data Base (Commission on Cancer of the American College of Surgeons and the American Cancer Society) for the years 2001–2002. Stage I includes 18,912 patients; Stage II, 4,443; Stage III, 5,952; and Stage IV, 7,859.

staged as T3a rather than T3b. Finally, nodal involvement is now consolidated as N1 since most studies suggest a relatively poor prognosis with any extent of nodal involvement.

Recent data also demonstrate that multiple adverse features can act in a collaborative manner to further worsen the prognosis and emerging algorithms are incorporating all of these parameters. These adverse features include perirenal fat invasion, tumor size as a continuous variable, size of the largest involved lymph node, and extranodal extension. In addition, there are a number of potential molecular prognostic factors including genetic variables, proliferative markers, angiogenic parameters, growth factors and receptor, and adhesion molecules. Most have not been formally validated and are best still considered experimental. Ideally future staging protocols would capture this information to facilitate individualized counseling and foster further progress in this field. Specific factors to be examined include degree of invasion, the presence/level of venous involvement, the presence and type of adrenal gland involvement, the type of grading system employed and grade determined, the presence/absence of sarcomatoid features, the presence/absence of lymphovascular invasion, and the presence/absence of necrosis.

## ANATOMY

**Primary Site.** Encased by a fibrous capsule and surrounded by perirenal fat, the kidney consists of the cortex (glomeruli, convoluted tubules) and the medulla (Henle's loops, collecting ducts, and pyramids of converging tubules). Each papilla opens in the minor calices; these in turn unite in the major calices and drain into the renal pelvis. At the hilus are the pelvis, ureter, and renal artery and vein. Gerota's fascia overlies the psoas and quadratus lumborum muscles. The anatomic sites and subsites of the kidney are illustrated in Figure 43.2.

**Regional Lymph Nodes.** The regional lymph nodes, illustrated in Figure 43.3, are as follows:

Renal hilar
Caval (paracaval, precaval, and retrocaval)
Interaortocaval
Aortic (paraaortic, preaortic, and retroaortic)

The primary landing zone for right sided tumors is the interaortocaval zone and for left sided tumors the aortic region. The more extended landing zones for RCC are analogous to those for right and left testicular tumors, respectively, although patterns of spread are somewhat more unpredictable. Lymph nodes outside of these templates should be considered distal (metastatic) rather than regional.

**Metastatic Sites.** Common metastatic sites include the bone, liver, lung, brain, and distant lymph nodes.

**TABLE 43.1.** The National Cancer Data Base findings regarding impact of size on T2 category on all-cause mortality and observed survival

| Size (cm) | Dx  | 1 Year | 2 Years | 3 Years | 4 Years | 5 Years   |
|-----------|-----|--------|---------|---------|---------|-----------|
| ≤4.0      | 100 | 93.7   | 88.8    | 84.5    | 79.8    | 75.4      |
| 95% CI    |     |        |         |         |         | 74.6–76.1 |
| 4.1–7.0   | 100 | 90.6   | 83.6    | 77.6    | 72.5    | 67.9      |
| 95% CI    |     |        |         |         |         | 67.0–68.7 |
| 7.1–10.0  | 100 | 84.9   | 75.0    | 68.1    | 62.5    | 57.0      |
| 95% CI    |     |        |         |         |         | 55.9–58.1 |
| >10.0     | 100 | 78.7   | 66.3    | 58.8    | 52.5    | 47.5      |
| 95% CI    |     |        |         |         |         | 46.1–48.9 |

Data from the National Cancer Data Base (http://www.facs.org/cancer/ncdb/index.html).



**FIGURE 43.2.** Anatomic sites and subsites of the kidney.