Barry L. Singer, M.D.
1464 Fort Washington Avenue
Ambler, PA 19002

July 29, 2019

Catherine D. Bertram, Esquire
Heather Kelly, Esquire
Bertram Law Group
1100 Vermont Avenue, N.W., Ste 500
Washington, DC 20005

Re: Raymond Thibodeaux

Dear Ms. Bertram and Ms. Kelly:

I am a board-certified hematologist/ medical oncologist with an active clinical practice.

I have reviewed the records of Raymond Thibodeaux. These records include records from Sibley Memorial Hospital, Dr. Dunne, Dr. Sterling and Maruf, Johns Hopkins Medicine, and other subsequent records, as listed in plaintiff's designation. I have also reviewed the depositions of: Raymond Thibodeaux, Edward Dunne, Kathleen Sterling, M.D., Nizamuddin Maruf, and legal documents.

My opinions are based on my education, experience, familiarity with medical literature, and my knowledge of the applicable standard of care. I hold these conclusions to a reasonable degree of medical certainty. These opinions are based upon the information and records available to me at the present time. If additional information or records become available later, these opinions may be amended. I certify that I have never been disqualified as an expert by any court.

Mr. Thibodeaux was diagnosed with two (2) urologic malignancies in October, 2015. The bladder tumor was a Stage 1 papillary 1.0 cm in size and highly curable. The renal tumor, unfortunately, was a Stage IV t3NxMx clear cell type Furhman Grade 3, already metastatic to the spine and lungs.

Unfortunately, Stage IV renal cancers are not curable, but only treatable with immunotherapy. The five-year survival is a dismal 8%. In 2014 at the time of the initial episode of hematuria, both malignancies were present and highly treatable. A smaller bladder lesion of 0.5 cm is very detectable. Further, workup of the GU tract would have

revealed a renal lesion that was Stage I or II. The five-year survival for such renal tumors is approximately 80% or better.

Mr. Thibodeaux' renal tumor was a high grade rapidly growing tumor Furhman Grade 3. A one-year delay in treatment is very significant for this tumor. In 2014, surgery alone would have been curative both for the bladder and renal tumors, since both would have been at early stages. The treatment for Stage I or II Renal Cell tumor (clear cell and chromophobe) is surgery alone. Chemotherapy, radiation therapy and immunotherapy are not indicated. His course in 2014 would have been relatively benign with no metastatic disease and an excellent survival ($\approx$ 80%) for five years.

The delay in diagnosis allowed the disease process to progress unhindered until October, 2015, and in my opinion has, and will cause, this patient irreparable morbidity, and ultimately death. I will explain to the jury that the type of cancer that Mr. Thibodeaux was ultimately diagnosed with, if untreated like his was, is very aggressive. If he had been stage IV in June through October 2014, as opposed to Stage I or II as is my opinion, more likely than not, he would not have survived the year as he did. I will explain that the cancer seen in his lungs and his spine were metastases from the primary tumor in his kidney. I will also explain how the cancer is likely to continue to spread and what symptoms and complications Mr. Thibodeaux is likely to experience including the pain he is likely to endure and also how and why he is likely to die of the disease.

These statistics, and my opinions as expressed regarding Mr. Thibodeaux's cancer, are based on my education, training and experience and are supported by the American Joint Committee on Cancer Manual, 7th edition, and its Compendium, and the studies and reports from which the publications' conclusions are derived. These are well accepted and recognized evidence based references for clinicians.

I hold all of my opinions to a reasonable medical certainty.

*Barry L. Singer*
Barry L. Singer, M.D.