Anthony Mega, M.D.
Associate Professor of Medicine and Surgery (Urology)
Alpert Medical School at Brown University
Section Chief Genitourinary Malignancies
Lifespan Cancer Institute



Page 1

March 29, 2019

This report contains opinions that I hold to a reasonable degree of medical probability in the case of *Raymond Thibodeaux, et al. v. Edward Dunne, M.D., et al.*

I am board-certified in medical oncology and licensed to practice medicine in Rhode Island. After obtaining my medical degree from Dartmouth Medical School in 1988, I completed a Medical Oncology and Hematology fellowship at Brown University Affiliated Hospitals from 1992 through 1995. Since 2012, I have been an Associate Professor of Medicine and Surgery at Brown University's Alpert Medical School. I am the Director of Lifespan Cancer Institute's Genitourinary Multidisciplinary clinic and Section Chief of Genitourinary Malignancies.  I am invested in medical education and serve as Program Director of the Hematology/Oncology Fellowship at Brown University in which I develop medical oncology curriculum including the diagnosis, prognosis and management of renal cell carcinoma.   I am the Chair of Brown University's Oncology Group's (BrUOG) Genitourinary Subcommittee. I have published multiple manuscripts on cancers of the genitourinary system including publications on renal cell carcinoma.  Additional details regarding my qualifications are explained on my attached CV.  My professional fees for review in this case is $600 per hour, $1,200.00 per hours for depositions with a minimum of two hours, and $8,000 per day for trial testimony.

My practice focuses on treating patients with genitourinary cancers, including kidney cancer and bladder cancer.  On a weekly basis, I treat new patients presenting with genitourinary cancers at the multidisciplinary clinic working collaboratively with urologists.  I evaluate patients with kidney and bladder cancers before they receive surgical or medical treatment for those cancers, and then continue managing those patients throughout their course.

I have had the opportunity to review medical records relating to Mr. Thibodeaux's treatment including those from Sibley Memorial Hospital, Edward Dunne, M.D., Kathleen Sterling, M.D., Doctors Grover Christie Radiology, Washington Hospital Center, Mark Markowski, M.D. , Ambulatory Urosurgical Center, Aurora Health, Suburban Hospital, Johns Hopkins Hospital, Washington Hospital Center, National Institute of Health, MD Anderson Cancer Clinic, Pivot Physical Therapy, George Washington University Hospital, University of Maryland Medical Center, Alexacare, and Dominion Diagnostics.  I have also had the opportunity to review imaging studies and the reports interpreting such studies taken of Mr. Thibodeaux at Sibley Memorial Hospital, University of Maryland, George Washington University, Washington Hospital Center, and the National Institute of Health. I addition, I had the opportunity to review pathology reports for bladder, kidney, bone, and lung and bone specimens interpreted at George Washington University, MD Anderson, Johns Hopkins Hospital, and Washington University Center.  I also

Anthony Mega, M.D.
Associate Professor of Medicine and Surgery (Urology)
Alpert Medical School at Brown University
Section Chief Genitourinary Malignancies
Lifespan Cancer Institute



Page 2

had the opportunity to review the Plaintiffs' Complaint and the reports of Plaintiffs' expert witnesses Andrew Schneider, M.D. and F. Lee Tucker, M.D.

In forming my opinions I considered the following non-exhaustive facts from Mr. Thibodeaux's records:

Dr. Dunne treated Mr. Thibodeaux from June 24, 2014 to September 8, 2014. Dr. Dunne referred the patient to Dr. Sterling, who evaluated the patient on September 16, 2014 and recommended and scheduled a cystoscopy, which the patient cancelled. Dr. Sterling performed a cystoscopy on the patient approximately a year later, which confirmed an approximate 1 cm tumor in the patient's bladder. Dr. Sterling performed a transurethral resection of bladder tumor and obtained biopsy samples, which were confirmed to be consistent with high-grade papillary urothelial carcinoma invading the lamina propria but without evidence of muscularis propria invasion.

October 8, 2015 CT imaging taken of Mr. Thibodeaux's abdomen and chest revealed multiple findings that are relevant to my opinions concerning the patient's kidney cancer. First, the radiologist identified a large heterogeneous and partially necrotic mass that had replaced the patient's mid to lower right kidney, measuring 9.8 x 7.8 x 10.3 cm, with enlarged vessels about tumor, adjacent to inferior aspect extending to the spermatic cord level. Second, a 1.3 cm lung nodule, in addition to multiple smaller bilateral lung nodules, were reported as concerning for metastatic disease.

Regarding the kidney tumor, on October 14, 2015, the patient underwent a right laparoscopic radical nephrectomy. Pathology samples taken from the extracted partially necrotic kidney tumor were interpreted as pathologic T3a renal cell carcinoma, clear cell type, Fuhrman nuclear grade 3, tumor necrosis noted, and gross extension into the renal vein and renal sinus soft tissue, with lymphovascular invasion identified.

The patient was scheduled for a biopsy of his 1.3 cm lung nodule on October 16, 2015 at Washington Hospital Center, but due to its inaccessible location and size, the biopsy was not attempted. Approximately eight weeks after the nodule was first found on CT, on December 1, 2015, the patient's nodule, now 1.5 cm, was biopsied and confirmed on pathology as metastasis from renal primary.

A November 3, 2015 PET scan was reported as negative for FDG uptake indicative of skeletal metastases. Approximately a year after his October 14, 2015 nephrectomy, an October 6, 2016 PET scan was reported as positive for three foci of abnormal hypermetabolic osseous metastatic disease with associated lysis of the bone on L1, L4, and right acetabulum. Spinal MRI results from October 6, 2016 confirmed multilevel osseous metastases at L1, L4 and L5, with extension of enhancing metastasis into

Anthony Mega, M.D.
Associate Professor of Medicine and Surgery (Urology)
Alpert Medical School at Brown University
Section Chief Genitourinary Malignancies
Lifespan Cancer Institute



Page 3

posterior epidural fat and into the left T12-L1 exiting nerve roots reported as likely encased or infiltrated by metastatic disease, along with distortion of left posterial thecal sac. The radiologist confirmed metastatic deposit and erosive destruction of the posterior elements of L4 and diffuse abnormal enhancement along the L4-L5 perivertebral soft tissues. On October 14, 2016, Mr. Thibodeaux underwent a T10-S1 posterior spinal fusion, an L1 laminectomy, a partial L2 laminectomy, a left L1 pediculectomy with tumor debulking, and an L4 laminectomy with tumor debulking. Pathology specimens taken from this procedure were confirmed to be metastatic renal cell carcinoma.

I disagree with the Plaintiffs' experts that the alleged delay in diagnosis of Mr. Thibodeaux's kidney cancer from June of 2014 to October of 2015 proximately caused Mr. Thibodeaux's injuries. Instead, I have formed the opinions set forth below which I hold to a reasonable degree of medical probability.

The patient's 10.3 cm (10.5cm on nephrectomy pathology) tumor detected in October of 2015 more likely than not would have been slightly smaller in June of 2014, based on surveillance data published in medical literature regarding kidney cancer growth rates. Also, metastasis did not occur between the time period June of 2014 and October of 2015. Uzosike et al (1) established that the overall median growth rate of small renal masses on a least three imaging studies was only 0.09 cm per year. In addition growth rate and variability decreased with longer follow up implying that growth rates slowed even further as tumors increased in size over time. Marzouk et al (2) reviewed the matitural history of large renal masses (>4cm) in 100 patients from Memorial Sloan Kettering Cancer Center. The median growth rate was 0.4 cm per year. The 2 year progression rate to metastatic disease was 1% and the five year progression rate was 6%. This study reinforced the modest annual growth rate and development of metastasis rate in renal tumors over 4cm in size. Finally, Lamb et al (3) monitored the natural history of patients with renal tumors with median size of 6cm for an average of two years. During that time period the majority of tumors did not change in size. Overall the review of the literature consistently notes that larger renal masses have an exceedingly slow growth rate and a very small annual risk of developing metastasis.

I disagree with the Plaintiffs' experts that Mr. Thibodeaux's kidney cancer would have been T1 or T2 if diagnosed in June 2014. It is my opinion that this renal mass would more likely than not have been the same pathologic stage pT3a with vascular invasion and necrosis, Furhman nuclear grade 3, in June of 2014 as when it was eventually biopsied in October of 2015 and confirmed to show extensive renal vein and lymphovascular invasion with renal sinus soft tissue invasion. The SSIGN score takes into account all Mr. Thibodeaux's primary renal tumor features in its prognostic system. The presence of higher Fuhrman grade, tumor necrosis, size >5cm, and stage are all poor prognostic features. Even

Anthony Mega, M.D.
Associate Professor of Medicine and Surgery (Urology)
Alpert Medical School at Brown University
Section Chief Genitourinary Malignancies
Lifespan Cancer Institute



without metastasis evident at time of diagnosis the SSIGN score would be 7 giving a 5 year cancer specific survival of 38-40% and 10 year rate of 18-23% in a contemporary series. (4).

I am also of the opinion that the patient would have had a renal cell carcinoma lung metastasis as of the time of Dr. Dunne's care staring on June 24, 2014. I disagree with the Plaintiffs' expert's theory that if this patient was Stage 4 in June of 2014, he would have died within a year without treatment. In reviewing the clinical history, the patient survived over a year without symptoms in the setting of multifocal micrometastatic disease from 10/2015 to 10/2016. Active surveillance is an option for patients with metastatic renal cancer with lung nodules as untreated patients can remain asymptomatic for a prolonged period with minimal growth of pulmonary nodules. Rini et al (5) published a prospective phase 2 trial that a subset of patients can safely undergo monitoring of metastatic renal cancer. The patients in this study were healthy with a median age of 67 and male predominance. The patients were similar to Mr. Thibodeaux in that 96% had clear cell cancer and 71% had lung metastasis. The median survival of these patients with metastatic disease was 44.9 months with median time on surveillance without treatment of 14.9 months. This data along with my clinical experience refutes the plaintiffs' experts' claim with regard to Mr. Thibodeaux's prognosis in June 2014.

I am also of the opinion that more likely than not, Mr. Thibodeaux had a microscopic spinal metastatic process in June of 2014. Based on my experience in treating renal cell carcinoma patients, metastases do not form instantly, but instead start at a microscopic level, and the nature of kidney cancer is such that even when the a high risk kidney tumor is removed, the renal cancer metastasis become evident at a later time. This risk is noted by the National Comprehensive Cancer Network (NCCN) (6) which recommends careful surveillance with regularly scheduled CT imaging and clinical assessments for 5 years recognizing that stage II and III tumors "have a substantially higher risk of both local and metastatic recurrence".

Due to the lung metastasis and microscopic spinal metastatic process described above, I am of the opinion that, had Mr. Thibodeaux's renal cell carcinoma been detected on or around June 24, 2014, he more likely than not would have been Stage IV under the American Joint Commission on Cancer's Staging Manual (7th ed. 2010). For cancer staging purposes, once the metastatic process begins, even at a microscopic level, renal cell carcinoma is Stage 4, reducing the patient's cure rate to 5%.

I am of the opinion that the delay in diagnosis from June of 2014 to October 2015 more likely than not did not impact Mr. Thibodeaux's treatment, outcome or prognosis. More likely than not, earlier intervention with nephrectomy and systemic treatment of renal cell carcinoma would have no difference on the patient's treatment or outcome. It is unfortunately common for metastatic renal cell carcinoma to be discovered well after primary treatment, as happened here. Mr. Thibodeaux's

Anthony Mega, M.D.
Associate Professor of Medicine and Surgery (Urology)
Alpert Medical School at Brown University
Section Chief Genitourinary Malignancies
Lifespan Cancer Institute



Page 5

laminectomy was performed a year post-nephrectomy. Mr. Thibodeaux's diagnosis of renal cell spinal metastases in October of 2016, one year after the source of that cancer was removed in October of 2015, made it more likely than not that the patient's spinal metastasis was present at a microscopic level in June of 2014.

Even if the patient's small lung metastasis was detected on CT in June of 2014, that metastasis would more likely than not have been too small to have been biopsied or surgically excised. Instead, that nodule, even if detected in June of 2014, more likely than not would have been observed, as was the case here, rather than treated surgically or with medical therapy. Mr. Thibodeaux's treatment course confirms that his 1.3 cm suspected renal cell carcinoma pulmonary metastasis was not biopsied in October of 2015, and that the patient was not started on IL-2 chemotherapy at this time. Instead, the patient underwent a nephrectomy and biopsy of the lung nodule was deferred until December of 2015.

I am also of the opinion that, regarding Mr. Thibodeaux's bladder cancer, that if diagnosed in June 2014, it would have also have been a small, high grade, non muscle invasive, tumor as it was when discovered in 10/2015. The patient's bladder cancer, to a reasonable degree of medical probability, is a separate primary cancer from the patient's renal cell carcinoma and is unrelated to his lung and bone metastasis. The tumor detected in 10/2015 was pT1Mx disease without muscle invasion. I am of the opinion that the alleged delay in diagnosis of the patient's bladder cancer from June of 2014 to October of 2015 resulted in no harm. I disagree with opinions of the Plaintiffs' experts, that surgical removal of Mr. Thibodeaux's bladder cancer would have been definitive and cured Mr. Thibodeaux. Bladder cancer is notorious for developing local bladder recurrences with separate primary tumors. In fact, major consensus groups such as the NCCN (7) recommend routine cystoscopic reassessments of the bladder in patients with prior non-muscle invasive bladder cancer recognizing the high rates of developing new tumors. It is my opinion that Mr. Thibodeaux's recurrence, with separate bladder tumors in 4/2017, would have occurred whether diagnosed in 6/2014 or 10/2015.

**Anthony Mega, M.D.**
**Associate Professor of Medicine and Surgery (Urology)**
**Alpert Medical School at Brown University**
**Section Chief Genitourinary Malignancies**
**Lifespan Cancer Institute**



Page 6

I plan to discuss the clinical staging of renal cell carcinoma with the jury.  Also, I may utilize illustrations that demonstrate the cancer's various stages and show radiology studies taken of Mr. Thibodeaux to the jury.  I understand that discovery in this case is ongoing, and that Mr. Thibodeaux continues to receive medical treatment.  I reserve the right to amend or supplement my opinions as additional information is provided.



*Anthony Mega M.D.*
Anthony Mega, M.D.

**Anthony Mega, M.D.**
**Associate Professor of Medicine and Surgery (Urology)**
**Alpert Medical School at Brown University**
**Section Chief Genitourinary Malignancies**
**Lifespan Cancer Institute**



Page 7

1. Uzosike A et al. Growth kinetics of small renal masses on active surveillance: Variability and results from the DISSRM Registry.  J Urol 2018; 3: 641-648.

2. Maezouk K et al.  The natural history of large renal masses followed on observation. Urol Onc 2018; 36: e17-e21.

3. Lamb GSW et al. Management of renal masses in patients medically unsuitable for nephrectomy—natural history, complications, and outcome. Urology 2004; 64: 909-913.

4. Parker W et al. Application of the Stage, Size, Grade, and Necrosis (SSIGN) Score for clear cell renal cell carcinoma in contemporary patients. Eur Urol. 2017; 71: 665–673.

5. Rini B et al. Active surveillance in metastatic renal-carcinoma: a prospective a prospective, phase 2 trial. Lancet Oncology; 17: 1317-1324.

6. NCCN Guidelines Version 3.2019 Kidney Cancer. MS-8

7. NCCN Guidelines Version 1.2019 Bladder Cancer BL-3, BL-E