

CATHERINE D. BERTRAM
*Licensed in DC, MD, VA and TX*
(202) 803-5800 office
(202) 494-1924 mobile
Katie@blg-dc.com

April 23, 2021

The Honorable Paul W. Grimm
United States District Court for the District of Maryland
6500 Cherrywood Lane
Greenbelt, Maryland 20770

                Re:    ***Thibodeaux, et al. v. Sterling, et al.***
                       Case No. PWG 17-1352

Dear Judge Grimm:

I am pleased to be in a position this morning to write this letter, with the consent of defense counsel, to inform the Court that the remaining parties have reached a settlement.

Given the Court's trial schedule and all of the logistics with juries during COVID, Mr. Armstrong and I thought it best to immediately inform you of this development. We are beginning the process of completing the necessary paperwork to finalize the terms and then we will promptly file the Dismissal.

On behalf of all counsel and parties, I want to thank you for your dedication to the civil justice system during these difficult times.

                                    Sincerely,

                                    Catherine D. Bertram
                                    Counsel for Plaintiff

cc:  H. Kenneth Armstrong, Esquire
      Counsel for Drs. Sterling, Maruf and Urological Consultants, P.A.